IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-11-GF-BMM |
| Plaintiff, | |
| vs. | |
| JEREMY TINCHER, | |
| Defendant. | |

On March 9, 2020, the undersigned granted Defendant, Jeremy Tincher's (Tincher) Motion for a Psychiatric Exam, (Doc. 14). On June 13, 2020, the Court received notice from B. Greilick, Federal Detention Center, (FDC) Englewood, Colorado, where Tincher is being evaluated, requesting a 45-day extension of the evaluation. Tincher arrived at FDC, SeaTac on May 14, 2020, the date the evaluation began.

Accordingly, **IT IS ORDERED** that a 45-day extension of the evaluation of Tincher is **GRANTED**. The study period will begin on May 14, 2020 and end on June 28, 2020. The final report submitted to the Court no later than July 12, 2020.

DATED this 16th day of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court